

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2019

No. 04-18-00747-CV

Marcelo **GALVAN** Jr. and Analicia R. Galvan,
Appellant

v.

Cledson Macedo de **CARVALHO**, Kristina Carvalho and Jagaland Co., LLC,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH001835-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellees' Opposed Joint Second Motion for Extension of Time to File Appellees' Briefs is GRANTED. Appellees' respective briefs are due August 2, 2019. No further extensions will be granted absent extenuating circumstances.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court